The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDON E. COOLEY, DDS AND AARON C. COOLEY, DDS; CRAIG PEARCE, DMD AND CRAIG PEARCE, DMD PLLC; SIMONE W. KIM, DDS AND LISA W. PARK, DDS; SUKHDEV SINGH, DMD; GLORIA TUCKER DDS AND GLORIA TUCKER, DDS P.S., J. BREWSTER BEDE DDS AND J. BREWSTER BEDE DDS, P.S.; and DANIS L. LAIZURE DMD d.b.a. WALLA WALLA DENTAL CARE,<br><br>Plaintiffs,<br><br>v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:22-CV-00480-RSM-TLF<br><br>STIPULATION AND ORDER TO STAY PROCEEDINGS FOR NINETY DAYS |

Plaintiffs Brandon E. Cooley, DDS and Aaron C. Cooley, DDS; Craig Pearce, DMD and Craig Pearce, DMD PLLC; Simone W. Kim, DDS and Lisa W. Park, DDS; Sukhdev Singh, DMD, Gloria Tucker DDS and Gloria Tucker, DDS P.S.; J. Brewster Bede DDS and J. Brewster Bede DDS, P.S.; and Danis L. Laizure DMD, and Defendant Aspen American Insurance Company stipulate to, and respectfully request on the terms set forth herein, a stay of all proceedings in this

1

STIPULATED MOTION AND ORDER
CASE: 2:20-cv-00480-RSM-TLF

SIDLEY AUSTIN LLP
8426 316TH PL. SE,
ISSAQUAH, WA 98027
415.439.1799

case, including discovery proceedings, for 90 days after the Court enters an Order granting the stipulation.

WHEREAS:

1. On March 11, 2022, Plaintiffs filed this action in King County Superior Court.

2. On April 11, 2022, Defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 and Rule 101 of the Local Civil Rules.

3. On April 15, 2022, the parties stipulated to a brief extension of Defendant's time to answer, move, or otherwise respond to Plaintiffs' complaint until May 2, 2022, and the Court entered an order granting the stipulation on April 18, 2022.  Docket Nos. 7, 8.

4. On April 21, 2022, the Court issued an order setting the following initial scheduling dates:

   a. A May 12, 2022 deadline for a Rule 26(f) conference;

   b. A May 26, 2022 deadline to exchange initial disclosures; and

   c. A June 2, 2022 deadline to submit a Joint Status Report and Discovery Plan.

5. This action is a COVID-19 property insurance case in which Plaintiffs seek insurance coverage from Defendant for losses resulting from compliance with government COVID-19 orders.

6. The threshold legal issues in this case are currently being considered by appellate courts interpreting and applying Washington law.  The resolution of those appeals may provide guidance regarding the proper resolution of this action and may narrow the issues presented to and litigated before this Court.

7. A 90-day stay of all proceedings in this case will allow the parties to efficiently litigate this case and preserve party and Court resources.

8. The parties agree that Defendant will answer, move, or otherwise respond to Plaintiffs' complaint 30 days after the expiration of the stay, unless the stay is extended.

9. The parties further agree that the discovery deadlines in the Court's April 21, 2022 order are suspended during the pendency of the stay.

2

STIPULATED MOTION AND ORDER
CASE: 2:20-CV-00480-RSM-TLF

SIDLEY AUSTIN LLP
8426 316TH PL. SE,
ISSAQUAH, WA 98027
415.439.1799

1    10.    The stipulation will not prejudice either party.  The parties do not waive any claims or defenses with this stipulation.

IT IS HEREBY STIPULATED AND AGREED, pending the Court's approval, that the above-captioned matter is stayed in its entirety for 90 days from the date the Court enters an Order granting the stipulation.  The parties may stipulate to extend the stay at a later date.  Defendant will answer, move, or otherwise respond to Plaintiffs' complaint 30 days after the expiration of the stay, unless the stay is extended.  The discovery deadlines in the Court's April 21, 2022 order are suspended during the pendency of the stay.

The parties respectfully request the Court to enter the accompanying Proposed Order granting the relief to which the parties have stipulated.

[*signature page follows*]

3

STIPULATED MOTION AND ORDER
CASE: 2:20-CV-00480-RSM-TLF

SIDLEY AUSTIN LLP
8426 316TH PL. SE,
ISSAQUAH, WA 98027
415.439.1799

DATED this 27th day of April, 2022.

| KELLER ROHRBACK L.L.P. | SIDLEY AUSTIN LLP |
|---|---|
| /s/ * Gabe Verdugo | /s/ Robin E. Wechkin |
| Gabe Verdugo, WSBA No. 44154<br>Nathan Nanfelt, WSBA No. 45273<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101<br>Telephone: (206) 623-1900<br>gverdugo@kellerrohrback.com<br>nnanfelt@kellerrohrback.com<br><br>**Attorneys for Plaintiffs**<br><br>*Signed with permission.* | Robin E. Wechkin, WSBA No. 24746<br>SIDLEY AUSTIN LLP<br>8426 316th Pl. SE<br>Issaquah, WA 98027<br>Telephone: (415) 439-1799<br>rwechkin@sidley.com<br><br>Yvette Ostolaza, *pro hac vice* forthcoming<br>Yolanda C. Garcia, *pro hac vice* forthcoming<br>Mitchell B. Alleluia-Feinberg, *pro hac vice* forthcoming<br>Chandler M. Rognes, *pro hac vice* forthcoming<br>SIDLEY AUSTIN LLP<br>2021 McKinney Avenue, Suite 2000<br>Dallas, Texas 75201<br>Telephone: (214) 981-3401<br>Facsimile: (214) 981-3400<br>yvette.ostolaza@sidley.com<br>ygarcia@sidley.com<br>malleluiafeinberg@sidley.com<br>crognes@sidley.com<br><br>**Attorneys for Defendant** |

STIPULATED MOTION AND ORDER
CASE: 2:20-CV-00480-RSM-TLF

SIDLEY AUSTIN LLP
8426 316TH PL. SE,
ISSAQUAH, WA 98027
415.439.1799

# ORDER

The Court has considered the parties' Stipulated Motion and [Proposed] Order. In light of the parties' request to stay this case, as the threshold legal issues presented here are currently being considered by appellate courts applying and interpreting Washington law, the Court **HEREBY ORDERS** that the case is stayed in its entirety for 90 days. The parties may stipulate to a further extension of the stay at a later date. Defendant will answer, move, or otherwise respond to Plaintiffs' complaint 30 days after the expiration of the stay, unless the stay is extended. The discovery deadlines in the Court's April 21, 2022 order are suspended during the pendency of the stay.

**IT IS SO ORDERED.**

DATED this 4th day of May, 2022.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DATED this 27th day of April, 2022.    SIDLEY AUSTIN LLP

*/s/ Robin E. Wechkin*

Robin E. Wechkin, WSBA No. 24746
SIDLEY AUSTIN LLP
8426 316th Pl. SE
Issaquah, WA 98027
Telephone: (415) 439-1799
rwechkin@sidley.com

5

STIPULATED MOTION AND ORDER
CASE: 2:20-cv-00480-RSM-TLF

SIDLEY AUSTIN LLP
8426 316TH PL. SE,
ISSAQUAH, WA 98027
415.439.1799

Yvette Ostolaza, *pro hac vice* forthcoming
Yolanda C. Garcia, *pro hac vice* forthcoming
Mitchell B. Alleluia-Feinberg, *pro hac vice* forthcoming
Chandler M. Rognes*, pro hac vice* forthcoming
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3401
Facsimile:  (214) 981-3400
yvette.ostolaza@sidley.com
ygarcia@sidley.com
malleluiafeinberg@sidley.com
crognes@sidley.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I certify that on this 27th day of April, 2022, I caused this document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the parties who have appeared in this case.

*/s/ Robin E. Wechkin*

 Robin E. Wechkin, WSBA No. 24746
SIDLEY AUSTIN LLP
8426 316th Pl. SE
Issaquah, WA 98027
Telephone:  (415) 439-1799
rwechkin@sidley.com

6

STIPULATED MOTION AND ORDER
CASE: 2:20-CV-00480-RSM-TLF

SIDLEY AUSTIN LLP
8426 316TH PL. SE,
ISSAQUAH, WA 98027
415.439.1799