Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

BRANDON E. COOLEY, DDS AND AARON C. COOLEY, DDS; CRAIG PEARCE, DMD AND CRAIG PEARCE, DMD PLLC; SIMONE W. KIM, DDS AND LISA W. PARK, DDS; SUKHDEV SINGH, DMD; GLORIA TUCKER DDS AND GLORIA TUCKER, DDS, P.S.; J. BREWSTER BEDE DDS AND J. BREWSTER BEDE DDS, P.S.; and DANIS L. LAIZURE DMD d.b.a. WALLA WALLA DENTAL CARE,

                Plaintiffs,

v.

ASPEN AMERICAN INSURANCE COMPANY,

                Defendant.

No. 2:22-cv-00480-RSM-TLF

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)

THIS MATTER came before the Court on the Parties' Stipulated Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). After having considered the Parties' Motion,

It is hereby ORDERED that the Parties' Motion is Granted:

ORDER GRANTING DISMISSAL
(2:22-cv-00480-RSM-TLF) - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

This matter is voluntarily dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own costs and fees.

DATED this 3rd day of October, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

KELLER ROHRBACK L.L.P.

By: *s/ Nathan L. Nanfelt*
By: *s/ Gabriel E. Verdugo*
    Nathan L. Nanfelt, WSBA #45273
    Gabriel E. Verdugo, WSBA #44154
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Email: gverdugo@kellerrohrback.com
    Email: nnanfelt@kellerrohrback.com

*Attorneys for Plaintiffs*

SIDLEY AUSTIN LLP

By: *s/ Robin E. Wechkin (Email Permission)*
    Robin E. Wechkin, WSBA #24746
    8426 316th Pl. SE
    Issaquah, WA 98027
    Telephone: (415) 439-1799
    Email: rwechkin@sidley.com

*Attorneys for Defendant*

ORDER GRANTING DISMISSAL
(2:22-cv-00480-RSM-TLF) - 2

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384